1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   2:08-cv-02498-FCD-EFB
                                   )
12          Plaintiff,             )   APPLICATION AND ORDER FOR
                                   )   PUBLICATION
13      v.                         )
                                   )
14  REAL PROPERTY LOCATED AT 3956  )
    CRIBBAGE LANE, OROVILLE,       )
15  CALIFORNIA, BUTTE COUNTY,      )
    APN: 058-230-029, INCLUDING    )
16  ALL APPURTENANCES AND          )
    IMPROVEMENTS THERETO, and      )
17                                 )
    REAL PROPERTY LOCATED AT 3965  )
18  CRIBBAGE LANE, OROVILLE,       )
    CALIFORNIA, BUTTE COUNTY,      )
19  APN: 058-230-027, INCLUDING    )
    ALL APPURTENANCES AND          )
20  IMPROVEMENTS THERETO, and      )
                                   )
21          Defendants.            )
    ───────────────────────────────)

22

23      The United States of America, Plaintiff herein, applies for

24  an order of publication as follows:

25      1.   Rule G(4) of the Supplemental Rules for Admiralty or

26  Maritime Claims and Asset Forfeiture Actions (hereafter

27  "Supplemental Rules") provides that the Plaintiff shall cause

28  public notice of the action and arrest to be given in a newspaper

                                1

of general circulation or on the official internet government forfeiture site;

2.    Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3.    The defendant real properties are located in the city of Oroville, in Butte County, California;

4.    Plaintiff proposes that publication be made as follows:

a.    One publication;

b.    Thirty (30) consecutive days;

c.    On the official internet government forfeiture site www.forfeiture.gov;

d.    The publication is to include the following:

(1)    The Court and case number of the action;

(2)    The date of posting of the real properties;

(3)    The identity and/or description of the real properties posted;

(4)    The name and address of the attorney for the Plaintiff;

(5)    A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

(6)    A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after

1   the filing of the claims and, in the absence thereof, default may

2   be entered and condemnation ordered.

3   Dated: Oct. 17, 2008        McGREGOR W. SCOTT
                                United States Attorney

4

5                               /s/ Kristin S. Door
                                KRISTIN S. DOOR

6                               Assistant U.S. Attorney

7

8                               **ORDER**

9        **IT IS SO ORDERED.**

10  Dated:  October 22, 2008.

11

12                              EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28