```
LAWRENCE G. BROWN
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 3956<br>CRIBBAGE LANE, OROVILLE,<br>CALIFORNIA, BUTTE COUNTY,<br>APN: 058-230-029, INCLUDING<br>ALL APPURTENANCES AND<br>IMPROVEMENTS THERETO, and<br><br>REAL PROPERTY LOCATED AT 3965<br>CRIBBAGE LANE, OROVILLE,<br>CALIFORNIA, BUTTE COUNTY,<br>APN: 058-230-027, INCLUDING<br>ALL APPURTENANCES AND<br>IMPROVEMENTS THERETO, and<br><br>　　　　Defendants. | 2:08-cv-02498 GEB-EFB<br><br>JOINT STIPULATION TO<br>EXTEND STAY OF<br>FURTHER PROCEEDINGS, AND<br>ORDER<br><br>DATE: August 24, 2009<br>TIME: 9:00 a.m.<br>COURTROOM: #10 |

　　　The parties submit the following Stipulation to Extend Stay and Proposed Order pursuant to this Court's February 3, 2009, order.

　　　The parties jointly request that the stay ordered on February 3, 2009, be extended for an additional three months. The criminal case against claimant Todd Humphrey (<u>U.S. v. Todd Humphrey</u>, 2:08-cr-451 GEB) is still pending.  The next status

1

conference in the criminal case is August 7, 2009.

Accordingly, the parties recognize that a further stay in this forfeiture action is necessary both to protect claimant Humphrey's right to contest this forfeiture without being required to waive his Fifth Amendment right against self-incrimination, and to protect the government's investigation from premature disclosure via civil discovery.

The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i).

DATED: August 5, 2009          LAWRENCE G. BROWN
                               United States Attorney


                         By:   /s/ Kristin S. Door
                               KRISTIN S. DOOR
                               Assistant U.S. Attorney

DATED: August 5, 2009          /s/ Danny D. Brace, Jr.
                               DANNY D. BRACE, JR.
                               Attorney for claimant
                               Todd Humphrey

                               (Original signatures retained
                               by AUSA Door)

**ORDER**

For the reasons set forth above, further proceedings in this case are stayed for an additional three months, and the status conference now scheduled for August 24, 2009, is continued to November 30, 2009, commencing at 9:00 a.m. A joint status report shall be filed fourteen days prior to the hearing.

Dated: August 7, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge