IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>REAL PROPERTY LOCATED AT 3956 CRIBBAGE LANE, OROVILLE, CALIFORNIA, BUTTE COUNTY, APN: 058-230-029, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and<br><br>REAL PROPERTY LOCATED AT 3965 CRIBBAGE LANE, OROVILLE, CALIFORNIA, BUTTE COUNTY, APN: 058-230-027, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>          Defendants. | 2:08-cv-02498-GEB-EFB<br><br><u>ORDER RE: SETTLEMENT AND DISPOSITION</u> |

On February 16, 2010 Plaintiff filed a Notice of Settlement in which it states "the parties have reached a settlement in the above-captioned case" and that "settlement documents . . . will be filed with the Court as soon as plaintiff receives them."  Therefore, a dispositional document shall be filed no later than March 10, 2010. Failure to respond by this deadline may be construed as consent to

dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The status conference scheduled for March 1, 2010 is continued to commence at 9:00 a.m. on April 12, 2010, in the event that no dispositional document is filed, or if this action is not otherwise dismissed. Further, a joint status report shall be filed fourteen days prior to the status conference.[1]

IT IS SO ORDERED.

Dated: February 18, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify discontinuance of calendering a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2